OPINION — AG — **** INSURANCE COMPANIES — STATE — ANTI-TRUST LAWS **** CONGRESS HAS PROVIDED BY STATUTE THAT THE PROVISIONS OF THE SHERMAN ACT, AS AMENDED, THE CLAYTON ACT, AS AMENDED, AND THE FEDERAL TRADE COMMISSION ACT, AS AMENDED, SOMETIMES COLLECTIVELY REFERRED TO AS THE ANTI-TRUST LAWS, ARE APPLICABLE TO THE BUSINESS OF INSURANCE ONLY TO THE EXTENT SUCH BUSINESS IS NOT REGULATED BY STATE LAW CARL G. ENGLING